## Rench v. Doe, on the Demise of Webster, in Error.

A PERSON claiming, by virtue of a title-bond only, the premises for which an action of ejectment was brought, applied to be made a defendant in the cause. *Held*, that, as the claim was merely of an equitable nature, the application could not be granted. *Smith* v. *Allen*, 1 Blackf. 22.—*Lessee of Spencer* v. *Marckel*, 2 Ham. 264.